# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP 28 2015

CLERK_____
SO. DIST OF GA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ORDER TO DISMISS** |
| | ) | |
| v. | ) | 4:15-CR-00055 |
| | ) | |
| SHARON A. ANDERSON | ) | |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this _____28th_____ day of September, 2015.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA